IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH F. BORN, II                                                                    PLAINTIFF

     v.                              CIVIL NO. 2:24-cv-02128-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration                                              DEFENDANT

## AMENDED MEMORANDUM OPINION AND ORDER

Pending now before this Court is Defendant's Unopposed Motion to Alter or Amend this Court's Order Awarding attorney fees in this case. (ECF No. 20). The parties have consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this case, and pursuant to said authority, the Court issues this Order. (ECF No. 5).

On October 28, 2025, Plaintiff filed a motion for attorney's fees and costs under 28 U.S.C. § 2412, the Equal Access to Justice Act (hereinafter "EAJA"), requesting $4,253.30, representing a total of 19.30 attorney hours for work performed in 2024 and 2025 at an hourly rate of $206.00 and 3.70 paralegal hours at an hourly rate of $75.00. (ECF No. 18-2). Relying on the Court Clerk's docketing of a Judgment Reversing the Decision of the Commissioner and Remanding the case for Further Consideration (ECF No. 16), the undersigned entered a Memorandum Opinion and Order on December 4, 2025, granting Plaintiff's Motion. (ECF No. 19). Thereafter, it was discovered that the case was affirmed.

On February 17, 2026, the Defendant filed this unopposed Motion. Because the undersigned affirmed the Commissioner's decision, said Motion to Alter or Amend (ECF No. 20) is hereby GRANTED and our December 4, 2025, Order granting Plaintiff's Motion for Attorney Fees is hereby Rescinded. (ECF No. 19). Pursuant to the Equal Access to Justice Act, an award

of fees may only be awarded to a prevailing party.  28 U.S.C. § 2412.  And the Plaintiff is not a

prevailing party.  As such, Plaintiff's Motion for Attorney's Fees is hereby DENIED.

     The Clerk of Court is hereby directed to correct the docket entry for Document 16 to reflect

a Judgment Affirming the Commissioner's Decision.

     Dated this 17th day of February 2026.

                            /s/ Mark E. Ford
                            HONORABLE MARK E. FORD
                            UNITED STATES MAGISTRATE JUDGE